IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00123 EJD |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER |
| vs. | ) ) | |
| RAMIRO ARTEAGA-CORREA, | ) ) | |
| Defendant. | ) ) | |

Pursuant to stipulation of the parties, and good cause appearing therefore, the Court HEREBY ORDERS that the September 10, 2012 status conference be advanced to August 27, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED:   August 22, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

Order
CR 12-00123 EJD                                1