1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant ARTEAGA-CORREA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00123 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE |
| vs. | |
| RAMIRO ARTEAGA-CORREA, | |
| Defendant. | |

## STIPULATION

Defendant Ramiro Arteaga-Correa, by and through Assistant Federal Public Defender Diana A. Garrido, and the United States, by and through Special Assistant United States Attorney Meredith Edwards, hereby stipulate that, with the Court's approval, the briefing schedule for the defendant's motion to dismiss the indictment, which is set to be heard on Monday, December 3, 2012, shall be as follows:

Defendant's motion shall be filed no later than Wednesday, November 21, 2012;

Government's response shall be filed no later than Wednesday, November 28, 2012;

Stipulation and [Proposed] Order
No. CR 12-00123 EJD           1

Defendant's reply, if any, shall be filed no later than Friday, November 30, 2012.

Time has previously been excluded through and including December 17, 2012.

IT IS SO STIPULATED.

Dated: November 19, 2012

                               _____/s/_____
                               DIANA A. GARRIDO
                               Assistant Federal Public Defender

Dated: November 19, 2012

                               _____/s/_____
                               MEREDITH EDWARDS
                               Special Assistant United States Attorney

## [~~XXXXX~~ Proposed] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for the defendant's motion to dismiss the indictment shall be as follows:

Defendant's motion shall be filed no later than Wednesday, November 21, 2012;

Government's response shall be filed no later than Wednesday, November 28, 2012;

Defendant's reply, if any, shall be filed no later than Friday, November 30, 2012.

IT IS SO ORDERED.

Dated: 11/20/2012

                               _____
                               THE HONORABLE EDWARD J. DAVILA
                               United States District Court Judge